EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re | |
|---|---|
| | 2011 TSPR 67 |
| | 181 DPR ____ |
| Orlando Martínez Sotomayor | |

Número del Caso: AB-2008-234


Fecha: 3 de mayo de 2011


Abogado de la Parte Peticionaria:

       Por derecho propio


Oficina del Procurador General

       Lcda. Zaira Z. Girón Anadón
       Subprocuradora General



Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Orlando Martínez Sotomayor

AB-2008-234

*RESOLUCIÓN*

En San Juan, Puerto Rico, a 3 de mayo de 2011.

Examinadas la Moción urgente solicitando reconsideración presentada por el querellado Orlando Martínez Sotomayor y el Informe de la Procuradora General de Puerto Rico, se autoriza la reinstalación del señor Martínez Sotomayor al ejercicio de la abogacía.

Se instruye a la Procuradora General para que proceda a presentar la querella correspondiente a la queja AB-2008-234.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo